1444

**94–809.** State v. Mack. *Cuyahoga County*, No. 65819. On motion for leave to file delayed appeal. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**94–812.** State v. Purnhagen. *Adams County*, No. 93–CA–551. On motion for leave to file delayed appeal. Motion granted.

A.W. SWEENEY, RESNICK and F.E. SWEENEY, JJ., dissent.

**94–813.** State v. Smith. *Cuyahoga County*, No. 54416. On motion for leave to file delayed appeal and request for extension of time. Motion and request granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**94–816.** Lee v. Tracy. Board of Tax Appeals, No. 93–N–434. On motion for leave to file instanter. Motion granted.

WRIGHT and RESNICK, JJ., dissent.

**94–827.** Kruse v. Voyager Ins. Cos. *Lucas County*, No. L–93–169. On motion for leave to file instanter. Motion granted.

RESNICK, J., not participating.